UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 12-18041 GMB

Debtor: David B. Bradford

| Check Number | Creditor | Amount |
|---|---|---|
| 1824798 | Arlene M. Meighan | 3,500.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  November 14, 2013